UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,         Criminal No. 03-80359-10

    Plaintiff/Respondent,         HON. TERRENCE G. BERG

v.

ALBERTO FLORES,

    Defendant/Movant.

_____/

## ORDER EXTENDING TIME IN WHICH TO FILE GOVERNMENT'S RESPONSE

The respondent having filed a motion for extension of time in which to file its response, and the court being fully advised in the premises, thereof,

IT IS HEREBY ORDERED that respondent's motion for extension of time to file a response be, and hereby is, GRANTED, and the government's response is to be filed on or before July 20, 2020.

                                      /s/Terrence G. Berg_____
                                      HON. TERRENCE G. BERG
                                      U.S. DISTRICT COURT JUDGE

Dated: June 19, 2020