UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ALBERTO FLORES**, a.k.a. **RAMIRO ORDAZ MELGOZA**, <br><br> Petitioner, <br><br> vs. <br><br> **UNITED STATES OF AMERICA**, <br><br> Respondent. | 2:03-CR-80359-TGB-RSW-10 <br><br> HON. TERRENCE G. BERG <br><br> **JUDGMENT** |

In accordance with the Opinion and Order issued on this date,

The motion to modify or reduce sentence is **DENIED** (ECF No. 263), motion to appoint counsel is **DENIED** (ECF No. 262), and motion for entry of default judgment is **DENIED AS MOOT** (ECF No. 272). It is **FURTHER ORDERED** that a certificate of appealability is **DENIED** and permission to appeal in forma pauperis is **GRANTED**.

Dated at Detroit, Michigan:  January 13, 2021

                                                      KINIKIA ESSIX
                                                      CLERK OF THE COURT

                                                      s/A. Chubb
                                                      Case Manager and Deputy
                                                      Clerk

APPROVED:
s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE